◼ In the Matter of FREDERICK E. WATSON (Admitted as FREDERICK EARL WATSON), a Disbarred Attorney. [649 NYS2d 311] —Motion for reargument and vacatur of this Court's order is denied, with leave to renew, as indicated. Concur—Milonas, J. P., Ellerin, Wallach, Nardelli and Mazzarelli, JJ.